No. 6893.

THE STATE VS. HENRY MORGAN.

A motion in arrest of judgment, on the allegation that the property stolen was not offered in evidence, and was not proved to be of any specific value, will not be entertained.

Where there is no defect apparent on the face of the record, and no bill of exception, nor assignment of errors, the judgment will be affirmed.

APPEAL from the District Court for East Baton Rouge.    McVEA, J.

The Attorney-General for the State.    *Knickerbocker* for Defendant.

DE BLANC, J., delivered the opinion affirming the judgment.